[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 19-11801
_____

D.C. Docket No. 1:16-cv-00097-MW-GRJ

SABAL TRAIL TRANSMISSION, LLC,

Plaintiff- Appellant,

versus

.981 ACRES OF LAND IN LEVY COUNTY, FLORIDA,
UNKNOWN OWNERS, if any,
ROBERT B. ANGLE, JR.,

Defendants- Appellees.
_____

Appeal from the United States District Court
for the Northern District of Florida
_____

(July 14, 2020)

Before WILLIAM PRYOR, Chief Judge, ROSENBAUM, Circuit Judge, and
MOORE,* District Judge.

PER CURIAM:

_____

* Honorable K. Michael Moore, Chief United States District Judge for the Southern
District of Florida, sitting by designation.

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. Sabal Trail Transmission, LLC, challenges the decision of the district court that Robert B. Angle, Jr., as executor of the estate of Eileen Kay Wynne, is entitled to attorney's fees and costs the estate incurred in defending this condemnation action. Because the district court has not set the amount of attorney's fees and costs to be awarded, no final decision yet exists on this issue, and we lack jurisdiction over this appeal. *See* 28 U.S.C. § 1291; *Sabal Trail Transmission, LLC v. 3.921 Acres of Land in Lake Cty.*, 947 F.3d 1362, 1370 (11th Cir. 2020).